| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:23-CR-00049-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:24-cr-00042 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District of Tennessee | DIVISION Knoxville |
|---|---|---|
| JASON WARE | NAME OF SENTENCING JUDGE Thomas A. Varlan | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/20/2023 — TO 11/19/2024 |

**OFFENSE**
18 U.S.C. §§ 751(a) - Escape From Custody (1)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Supervising District (MD/TN) requesting the transfer

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern** DISTRICT OF **Tennessee**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 19, 2024
*Date*

*Thomas A. Varlan*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Tennessee**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

02/15/2024
*Effective Date*

*Eli Richardson*
*United States District Judge*

1

Case 3:24-cr-00042 Document 1 Filed 02/15/24 Page 1 of 1 PageID #: 1